CHRISTOPHER WIMMER (SBN 263275)
GREG DEMIRCHYAN (SBN 264953)
EMERGENT LEGAL
25 Taylor Street
San Francisco, California 94102
p: 415/894-9284
f: 415/276-8929
e: cwimmer@emergentlegal.com
e: greg@emergentlegal.com

Attorneys for Plaintiffs ESTHER ESTRADA,
ISAAC CARRAZCO, MARIA JACOBO, and all
others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER ESTRADA, ISAAC CARRAZCO, and MARIA JACOBO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLEANNET USA, INC.; D&G ENTERPRISES, INC., dba CLEANNET OF THE BAY AREA; CLEANNET OF SAN JOSE; CLEANNET OF SOUTHERN CALIFORNIA, INC.; CLEANNET OF SAN DIEGO; CLEANNET OF SACRAMENTO; MARK SALEK; and DAVID CRUM;<br><br>Defendants. | Case No. 3:14-cv-1785-JSW<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING ON MOTIONS TO COMPEL ARBITRATION OR DISMISS**<br>AS MODIFIED |



STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING ON MOTIONS TO
COMPEL ARBITRATION OR DISMISS: CASE NO. 3:14-cv-1785-JSW

Plaintiffs Esther Estrada, Isaac Carrazco, and Maria Jacobo (the "Named Plaintiffs") and defendants CleanNet USA, Inc., D&G Enterprises, Inc. dba CleanNet of the Bay Area, CleanNet of San Jose, CleanNet of Southern California, Inc., CleanNet of San Diego, CleanNet of Sacramento, Mark Salek, and David Crum (the "Defendants") (together, the "Parties"), having conferred by and through their counsel, and subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

1. At Defendants' request, the Named Plaintiffs extended the deadline for any response to the Complaint (and, subsequently, First Amended Complaint) in this action from on or about May 16, 2014 to July 10, 2014. In exchange, Defendants agreed to extend Named Plaintiffs' deadline for their opposition to any motions filed by Defendants to August 18, 2014, and to file their replies in support of any such motions by August 29, 2014.

2. On June 27, 2014, this Court granted Defendants' unopposed administrative motion extending the page limits for the briefing on Defendants' motions. ECF 37.

3. On July 10, 2014, Defendants filed motions to compel arbitration or dismiss the complaint. When they did so, the Court's ECF system automatically generated opposition and reply dates of July 24 and July 31, 2014, respectively, and Defendants set a hearing date of August 29, 2014. ECF 40-42.

4. The Parties wish to extend the opposition and reply dates consistent with their agreement, and to continue the hearing on Defendants' motions to a date in mid-September to give the Court sufficient time to consider the Parties' briefs before hearing argument on the pending motions.

NOW, THEREFORE, the Parties hereby stipulate by and through their respective counsel, and subject to the Court's approval, as follows:

1. The Named Plaintiffs' oppositions to Defendants' motions to compel arbitration or dismiss shall be filed on or before August 18, 2014.

///

1.
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING ON MOTIONS TO COMPEL ARBITRATION OR DISMISS: CASE NO. 3:14-cv-1785-JSW

2. Defendants' replies in support of those motions shall be filed on or before August 29, 2014.

3. The hearing on Defendants' motions shall be held on ~~September 19,~~ October 3, 2014 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: July 22, 2014　　　　　　　　　　Respectfully submitted,

EMERGENT LEGAL

By:　　　/s/ Christopher Wimmer
　　　　　Christopher Wimmer
　　　　　Greg Demirchyan

Attorneys for Plaintiffs ESTHER ESTRADA, ISAAC CARRAZCO, MARIA JACOBO, and all others similarly situated

Dated: July 22, 2014　　　　　　　　　　BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation

By:　　　/s/ Charles G. Miller
　　　　　Charles G. Miller

Attorney for Defendants D&G ENTERPRISES, INC. dba CLEANNET OF THE BAY AREA and DAVID CRUM



2.
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING AND HEARING ON MOTIONS TO COMPEL ARBITRATION OR DISMISS: CASE NO. 3:14-cv-1785-JSW

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 22, 2014 | LITTLER MENDELSON, P.C. |

By:     /s/ R. Brian Dixon
          R. Brian Dixon

Attorney for Defendants CLEANNET USA, INC. CLEANNET OF SOUTHERN CALIFORNIA, INC. and MARK SALEK

Dated: July 22, 2014     SOLOMON WARD SEIDENWURM & SMITH, LLP

By:     /s/ William V. Whelan
          William V. Whelan

Attorney for Defendants FCDK, INC. (DBA CLEANNET OF SACRAMENTO) and PAQNET, INC. (DBA CLEANNET OF SAN DIEGO)

I am the individual efiling this document, and attest that I obtained the concurrence in the filing of this document from each of the other signatories.

Dated: July 22, 2014

    /s/ Christopher Wimmer
    Christopher Wimmer

IT IS SO ORDERED.

Dated: July 25, 2014



HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

3.
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING ON MOTIONS TO COMPEL ARBITRATION OR DISMISS: CASE NO. 3:14-cv-1785-JSW