# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ESTHER ESTRADA, et al.
          Plaintiff(s),

v.

CLEANNET USA, INC., et al.
          Defendant(s).
_____/

CASE NO. C-14-1785 JSW

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☒ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☒ Private ADR *(please identify process and provider)* There is an ADR provision in the agreement out of which this dispute arises. Defendants have filed motions to compel arbitration of the dispute, which are opposed by Plaintiffs. The motions will be heard October 3, 2014.

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline  If this case is not compelled to binding arbitration, the parties agree to participate in ENE.

Dated: August ___, 2014          PLEASE SEE ATTACHED
                                          Attorney for Plaintiff

Dated: August ___, 2014          PLEASE SEE ATTACHED
                                          Attorney for Defendant


American LegalNet, Inc.
www.FormsWorkFlow.com

**ATTACHMENT TO STIPULATION AND
[~~PROPOSED~~] ORDER SELECTING ADR PROCESS**

Dated: August 1, 2014

/s/
CHRISTOPHER WIMMER
GREG DEMIRCHYAN
EMERGENT LEGAL
Attorneys for Plaintiffs
ESTHER ESTRADA, ISAAC CARRAZCO,
and MARIA JACOBO

Dated: August 1, 2014

/s/
R. BRIAN DIXON
RICHARD N. HILL
LAURA E. HAYWARD
LITTLER MENDELSON, P.C.
Attorneys for Defendants
CLEANNET USA, INC., CLEANNET OF
SOUTHERN CALIFORNIA INC. AND
MARK SALEK

Dated: August 1, 2014

/s/
WILLIAM V. WHELAN
SOLOMON WARD SEIDENWURM SMITH
LLP
Attorney for Defendants
CLEANNET OF SAN DIEGO dba PAQNET,
INC. and CLEANNET OF SACRAMENTO
dba FCDK, INC.

Dated: August 1, 2014

/s/
CHARLES G. MILLER
CHARLES GRIFFITH TOWLE
SONY BROTO BARARI
BARTKO, ZANKEL, BUNZEL & MILLER
Attorneys for Defendants D & G
ENTERPRISES, INC. dba CLEANNET OF
THE BAY AREA and DAVID CRUM

Firmwide:127622380.1 620000.1136

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Case No. C-14-1785 JSW

## [~~PROPOSED~~] ORDER

[X]    The parties' stipulation is adopted and IT IS SO ORDERED.
[ ]    The parties' stipulation is modified as follows, and IT IS SO ORDERED.


Dated:    August 4, 2014

*Jeffrey S. White*
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Firmwide:127621920.1 620000.1136

Rev. 12/11

American LegalNet, Inc.
www.FormsWorkFlow.com