IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER ESTRADA, ISAAC CARRAZCO, and MARIA JACOBO, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CLEANNET USA, INC., D&G ENTERPRISES, INC., dba CLEANNET OF SOUTHERN CALIFORNIA, INC., CLEANNET OF SAN DIEGO, CLEANNET OF SACRAMENTO, MARK SALEK, and DAVID CRUM,<br><br>Defendants. | No. C 14-01785 JSW<br><br>**ORDER VACATING HEARING ON MOTIONS** |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions which have been noticed for hearing on Friday, October 3, 2014 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: September 23, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE